```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                        December 5, 2015

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      VPC       DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR PRODUCTS AND CHEMICALS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-04736-SJO-PJW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 85484459.1

Having read and considered the Parties' Stipulation to Dismiss Complaint with Prejudice, and finding good cause therefore, the Court hereby grants the Stipulation and orders follows:

1. The above-captioned action is dismissed with prejudice as to Plaintiff's individual claims raised in this lawsuit.

2. The Parties shall bear their own costs and attorneys' fees.

3. Dismissal of this action shall not affect and is not binding on Plaintiff's claims presently raised in *Ted Chavez, Jr. v. Air Products and Chemicals, Inc.*, Case No. 2:14-cv-06360-BRO-PJW, currently pending before the United States District Court, Central District of California.

**IT IS SO ORDERED.**

Dated: December 5, 2015 2015

_____
Hon. S. James Otero
U.S. District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 85484459.1